PER CURIAM.
LEIGHTON, J., took no part.

Thomas J. Grippando, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES ROGERS, Defendant-Appellant.

(No. 58946;

First District (1st Division)—November 19, 1973.

PER CURIAM.

HALLETT, J., took no part.

James J. Doherty, Deputy Defender, of Chicago (Harold A. Cowen, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* B. ALAN STONE, Defendant-Appellant.

(No. 58922;

First District (2nd Division)—December 4, 1973.

DOWNING, J., took no part.